# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## COMPLAINT FORM

RENARD C ROBINSON

OCT 21 2020 PM1:35
FILED - USDC - BPT - CT

**Full name(s) of Plaintiff(s)**
(Do not use *et al.*)

Case No. _20-cv-01599 - MPS_
(To be supplied by the Court)

v.

CAPITAL ONE BANK USA NA

**Full names of Defendant(s)**
(Do not use *et al.*)

### A. PARTIES

1. RENARD ROBINSON _____ is a citizen of Connecticut _____ who
   (Plaintiff)                                    (State)
   presently resides at 817 Naugatuck Ave Milford CT, 06461 _____.
   (mailing address)

2. Defendant CAPITAL ONE BANK USA NA _____ is a citizen of Virginia _____
   (name of first defendant)                              (State)
   whose address is 15000 Capital One Dr Richmond, VA 23238 _____.

3. Defendant _____ is a citizen of _____
                     (name of second defendant)                                    (State)

whose address is _____.


(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES."  Be sure to include each defendant's identity and complete address.)


## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s))

FAIR DEBT COLLECTION PRACTICES ACT 15 U.S.C § 1692 ("FDCPA")

TELEPHONE CONSUMER PROTECTION ACT 47 U.S.C § 277 ("TCPA")


## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

NOW Plaintiff brings this action for damages pursuant to FAIR DEBT COLLECTION PRACTICES ACT "FDCPA" under 15 U.S.C § 1692 & TELEPHONE CONSUMER PROTECTION ACT "TCPA" under 47 U.S.C § 277 for Defedant CAPITAL ONE BANK USA NA violations of both.

Defendant CAPITAL ONE BANK USA NA has been reporting inaccurate and incomplete information regaurding Plaintifffs account to the big 3 credit reporting agencies: TransUnion, Equifax, and Expreian, for 12 months. Each of the aformentioned credit reporting agencies, are "Consumer Reporting Agencies" as defined in 15 U.S.C §1681(f). Upon information and beleif, each of the aformentioned agencies dispurse consumer reports to third parties. Therfore, Defendnt CAPITAL ONE BANK USA NA has through these agencies, Furnished inaccurate representations to all of Plantiff's potential lenders on multiple occasions.

As a result of Defendant CAPITAL ONE BANK USA NA's conduct, actons and/or inactions, Plaintiff sufferd damage by loss of time and monies due to plaintiffs attemps to correct the inaccurate information; loss of credit; loss of the the ablity to purchase and benifit from credit; increased intrest rates; and the mental and emotional pain, distress, anguish, anxiety, anger, worry, fear, humiliation, embarrassment, and frustration of credit denials and excessive phone calls.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations:  (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** FAIR DEBT COLLECTION ACT U.S.C §1692d § 806 "HARASSMENT OR ABUSE"

(5) "Causing a telephone to ring or engaging any person in telephone conversation repeatedly or

continuously with intent to annoy, abuse, or harass any person at the called number."

Supporting Facts:  (Include all facts you consider important, including names of persons involved, places, and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.)

VIOLATION of §806 (5):
Defendant, CAPITAL ONE BANK USA NA, without permission used Telephone services to call Plantiff's personal phone Repeatedly, casuing it to ring up to twice a day at times for months. Just over 1 month of 31 calls from (1-(800)- 955-6600) are attactched as exhibit. Only one month of calls were left as voice messaging and able to be documented due to Plaintiff's Inbox being full caused by defendant's excessive calling. Despite only one month of documented voice messages, these calls have gone on repeatedly untill early 2020 Covid-19. The calls have resulted in the Plantiff having extream distress/anxiety when hearing the phone ring.

**Claim II:** FAIR DEBT COLLECTION ACT U.S.C §1692e § 807 "False or Misleading Representations '

(A) " The Character, amount, or legal status of any debt"

(10) "The use of any false representation or deceptive means to collect or attempt to collect any debt..

Supporting Facts:

VIOLATION of §807 (A) :
(*Refer to Credit Profile Exhibit 5*)
Defendant CAPITAL ONE BANK USA NA, is Reporting incomplete and
incorrect information to the 3 major Credit Reporting Agencies. The Defendant's
report has multiple missing details such as highest ballance & Monthly
payment. Defendant's report also claims the past due amount is $1,301 when
Plaintiff's credit limit was $1,000 originally. When disputed 10/16/19 the highest
balance recorded was acutally stated $1,277.00, After this account was closed
on 10/8/19. (*refer to Exhibit 6 DISPUTE results*)
VIOLATION of §807 (10) :
Defendant Closed the account on 10/8/19; the current account and payment
status is Closed/Charged off, yet the Defendent is still intentionally reporting
negative for the past 12 months the INCORRECT past due amount of $1,301
which is a 130% usage rate that critically damages Plaintiff's credit profile.

## E. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)

The Defendant CAPITAL ONE BANK USA NA to immediately and actually, close, cancel
and forgive any and all debts agaist the plaintiff being reported to Credit Reporting
ageices. The defamation, conduct and actions/inactions of CAPITAL ONE BANK USA NA
were willful, deliberate, intentional, and/or with reckless disregaurd for the intrests and
rights of Plaintiff such as to justify that this court award Statutory, Actual and punitive
damages against the Defendant CAPITAL ONE BANK USA NA  to Plaintiff RENARD
ROBINSON; Award Plaintiff the cost of this action pursuant to "FDCPA" 15 U.S.C §1692
§813 "Civil Liabilty" (2) (A) per violaition, per months of violations & TCPA 47 U.S.C. §
227 (3) "Private right of action" (B); and grant all such additional relief the court deems
appropriate.

## F. JURY DEMAND

Do you wish to have a jury trial?  Yes ✓            No

## D. CAUSE OF ACTION

### Claim 3:
### "FAIR DEBT COLLECTION PRACTICES ACT" 15 U.S.C 1692f
### §808. UNFAIR PRACTICES

**VIOLATION** § 808 (1) :

"The collection of any amount (including any interest, fee, charge, or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the debt or permitted by law."

Defendant Claims the past due balance is $1,301 when Plaintiffs original principal obligation was for a $1,000 line of credit. Meanwhile (refer to Exhibit 6 dispute results) the highest balance stated at the time of the account being closed on 10/8/19 was verified by defendant CAPITAL ONE BANK USA NA to Experian credit reporting agency to be $1,277 on 10/16/19. Therefore the Defendant is in violation for trying to collect incidental fees to the principal obligation, after the account's been closed to get to a number of $1,301.

### Claim 4:
### "TELEPHONE CONSUMER PROTECTION ACT" 47 U.S.C § 277
**VIOLATION** § 277 (1) (A):

(1)"PROHIBITIONS .—It shall be unlawful for any person within the United States, or any person outside the United States if the recipient is within the United States—"

(A)"To make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice— "

Defendant, CAPITAL ONE BANK USA NA has made an excessive amount of calls including but not limited to, 31 documented calls and prerecorded voice messages. Defendant called on a daily basis, with intent to annoy & harass, (refer to phone call exhibits 1-4) despite the fact that Plaintiff is registered on the FEDERAL TRADE COMMISONS national do not call list and has been since April 05, 2019. (see exhibit 7 for do not call list registry)

_____

Original signature of attorney (if any)

_____

Printed Name

( )

Attorney's full address and telephone

Email address if available

**Plaintiff's Original Signature**

RENARD ROBINSON

Printed Name

817 Naugatuck Ave Milford, CT 06461

1-(203)-913-1447

( )

Plaintiff's full address and telephone

RENARDCROBINSON@YAHOO.COM

Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _Milford, CT_____ on _10-20-20_____.
      (location)          (date)

_____

**Plaintiff's Original Signature**

(Rev.3/29/16)

5